HUDSON ET AL. *v.* THE STATE EX REL. BARNES.

From the Jennings Circuit Court.

*J. D. New, T. C. Bachelor* and *J. Bundy,* for appellants.
*W. K. Marshall* and *E. C. Devore,* for appellee.

BIDDLE, J.—This case is, in all respects, legally the same as the case of *Hudson* v. *The State, ex rel., etc.,* decided at the present term of this court, *ante,* p. 378.

The judgment is affirmed, with costs and three per cent damages.

———◆———

NOTE.—This volume includes no opinion in any civil action filed later than April 27th, 1877.